# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN S. PARRISH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. BANK NATIONAL ASSOCIATION ) <br> AS INDENTURE TRUSTEE OF THE ) <br> GMACM HOME EQUITY LOAN TRUST ) <br> 2004-HE3, ) <br> ) <br> Defendant. ) | Civil No. 3:19-cv-00718 <br> Judge Trauger |

## O R D E R

On November 14, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 12), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by the defendant (Docket No. 5) is GRANTED, and this action is DISMISSED in its entirety with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 10th day of December 2019.

_____
ALETA A. TRAUGER
U.S. District Judge